THIS
 OPINION HAS NO PRECEDENTIAL VALUE.  IT SHOULD NOT BE CITED OR RELIED ON AS
 PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.
THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
 The State, Respondent,
 v.
 Mandric Lamar Clark, Appellant.
 
 
 

Appeal From Sumter County
 Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2010-UP-445
 Submitted October 1, 2010  Filed October
14, 2010    

APPEAL DISMISSED

 
 
 
 Appellate Defender Robert M. Pachak, of Columbia, for Appellant.
 Attorney General Henry Dargan McMaster, Chief Deputy Attorney
 General John W. McIntosh, and Assistant Deputy Attorney General Salley W.
 Elliott, all of Columbia; and Solicitor Cecil Kelly Jackson, of Sumter, for
 Respondent.
 
 
 

PER CURIAM: Mandric
 Lamar Clark appeals his guilty plea for possession of cocaine base. 
 On appeal, Clark alleges the plea did not
 meet the mandates of Boykin v. Alabama, 395 U.S. 238 (1969).  After a thorough review of the record and counsel's
 brief pursuant to Anders v. California, 386 U.S. 738 (1967), and State
 v. Williams, 305 S.C. 116, 406 S.E.2d 357 (1991), we dismiss[1] Clark's appeal and grant counsel's petition to be relieved. 
APPEAL DISMISSED.
FEW, C.J., HUFF and GEATHERS, JJ., concur. 

[1] We decide this
 case without oral argument pursuant to Rule 215, SCACR.